**In the Matter of Robert Philip TUERK.**

**Petition for Reinstatement.**

**No. 177 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 17, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 21, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Allen R. WASHINGTON, Respondent.**

**No. 663 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 17, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 21, 2001, it is hereby

ORDERED that ALLEN R. WASHINGTON, be and he is SUSPENDED from the Bar of this Commonwealth for a period of six (6) months to run consecutive to the prior three (3) year suspension imposed at No. 310, Disciplinary Docket No. 3, on March 20, 1997, and he shall comply with all the provisions of Rule 217 Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.